1  DAVID T. ALEXANDER, ESQ. (SBN 49996)
   MBV LAW LLP
2  855 Front Street
   San Francisco, California 94111
3  Telephone:    415-781-4400
   Facsimile:    415-989-5143
4
   Attorneys for Defendants and Counterclaimants
5  GMG Systems, Inc., Omnimex, Inc., Omnipro, Inc.,
   Krasimir Gospodinov, Valentin Georgiev and
6  Tzvetan Mikov

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| DATAPARK, INC., et al., | No. C-05-02275-PJH |
|---|---|
| Plaintiffs, | **SUBSTITUTION OF COUNSEL** |
| vs. | AND ORDER |
| GMG SYSTEMS, INC., a Nevada corporation; et al. | |
| Defendants. | |
| AND RELATED COUNTERCLAIMS. | |

Defendants and counterclaimants GMG Systems, Inc., Omnimex, Inc., Omnipro, Inc., Krasimir Gospodinov, Valentin Georgiev, and Tzvetan Mikov hereby substitute MBV Law LLP, 855 Front Street, San Francisco, California 94111, as their attorneys of record in place of Reed Smith LLP.

GMG SYSTEMS, INC.

Dated: November _8_ 2005.    By _____s/Valentin Georgiev_____
                                  Valentin Georgiev
                                  Vice President of Production

///

SUBSTITUTION OF COUNSEL
NO. C-05-02275 PJH

|   |   |
|---|---|
|   | OMNIPRO INCORPORATED |
| Dated: November 8, 2005. | By    s/Krasimir Gospodinov<br>Krasimir Gospodinov<br>Vice President |
|   | OMNIMEX, INC. |
| Dated: November 8, 2005. | By    s/Krasimir Gospodinov<br>Krasimir Gospodinov<br>President |
| Dated: November 8, 2005. | s/Valentin Georgiev<br>Valentin Georgiev, Individually |
| Dated: November 8, 2005. | s/Krasimir Gospodinov<br>Krasimir Gospodinov, Individually |
| Dated: November 8, 2005. | s/Tzvetan Mikov<br>Tzvetan Mikov, Individually |

We hereby consent to the above substitution.

Dated: November 9, 2005.

REED SMITH LLP

By    s/Michael F. McCabe
   Michael F. McCabe

[Stamp: IT IS SO ORDERED / Judge Phyllis J. Hamilton / United States District Court, Northern District of California]

We hereby accept the above substitution.

Dated: November 9, 2005.

MBV LAW LLP

By    s/David T. Alexander
   David T. Alexander

344864.DOC