```
DAVID T. ALEXANDER, ESQ. (SBN 49996)
MBV LAW LLP
855 Front Street
San Francisco, California 94111
Telephone:   415-781-4400
Facsimile:   415-989-5143

Attorneys for GMG Systems, Inc., Omnimex,
 Omnipro Incorporated, Krasimir Gospodinov,
 Valentin Georgiev and Tzvetan Mikov
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DATAPARK, INC., et al.,<br><br>　　　　　　　　　Plaintiffs,<br><br>　vs.<br><br>GMG SYSTEMS, INC., a Nevada corporation; et al.<br><br>　　　　　　　　　Defendants.<br><br>AND RELATED COUNTERCLAIMS<br>AND THIRD-PARTY CLAIMS. | No. C-05-02275-PJH<br><br>**STIPULATED REQUEST FOR ORDER CHANGING TIME; ORDER**<br><br>Date:　　February 15, 2006<br>Time:　　9:00 a.m.<br>Place:　　Courtroom 3, 17th Floor<br>Judge:　　The Honorable Phyllis J. Hamilton |

　　　　PURSUANT TO LOCAL RULE 6-2, IT IS HEREBY STIPULATED by and between counsel for the parties that plaintiffs and counter-defendants Data Park, Inc.'s and Intertechnomics, Inc.'s and third party defendant Steve Haralambiew's motion to dismiss and motion to strike currently set for hearing on February 15, 2006 be continued two weeks to March 1, 2006 at 9:00 a.m. in Courtroom 3, 17th Floor of the above entitled Court.

　　　　IT IS FURTHER STIPULATED that the opposition to the motion will be filed no later than February 8, 2006 and the reply will be filed no later than February 15, 2006.

1  The reasons for the requested extension are set forth in the accompanying
2  declaration of David T. Alexander, counsel for defendants/counterclaimants and third-
3  party plaintiffs.

IDELL SEITEL & RUTCHIK LLP

Dated: January 18, 2006.    By _____s/Gregory Alan Rutchik_____
                               Gregory Alan Rutchik
                            Attorneys for Plaintiffs and Counterdefendants
                            DataPark, Inc. and Intertechnomics, Inc. and
                            Third-Party Defendant Steve Haralambiew

MBV LAW LLP

Dated: January 18, 2006.    By _____s/David T. Alexander_____
                               David T. Alexander
                            Attorneys for GMG Systems, Inc., Omnimex,
                            Inc., Omnipro, Inc., Krasimir Gospodinov,
                            Valentin Georgiev and Tzvetan Mikov

**ORDER**

PURSUANT TO STIPULATION, AND FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.

Dated: 1/19/06 _____.

_____
The Honorable Phyllis J. Hamilton
United States District Court Judge