Gregory Alan Rutchik, Esq. (SBN 195423)
Patricia De Fonte, Esq. (SBN 223923)
IDELL SEITEL & RUTCHIK, LLP
the arts and technology law group
The Merchants Exchange Building
465 California Street, Suite 300
San Francisco, CA 94104
Telephone: (415) 986-2400
Facsimile: (415) 392-9259

Attorneys for Plaintiffs/Counter-Defendants
DataPark, Inc. and Intertechnomics, Inc.
and Third-Party Defendant Steve Haralambiew

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## NORTHERN DIVISION

| | |
|---|---|
| DataPark, Inc. and Intertechnomics, Inc., <br><br> Plaintiffs, <br> vs. <br><br> GMG Systems, Inc. a Nevada corporation, Omnimex, a Nevada corporation, Omnipro, Inc., a Nevada corporation, Krasimir Gospodinov, an individual, Valentin Georgiev, an individual, Tzvetan Mikov, an individual, Roger Tu Lee, an individual, and Does 1-10, <br><br> Defendants. <br><br> AND RELATED COUNTERCLAIMS AND THIRD-PARTY CLAIMS | **Case No.:** C 05 02275 PJH <br><br> **STIPULATION AND ~~PROPOSED~~ ORDER PURSUANT TO ADR LOCAL RULE 4-5 <u>AND</u> LOCAL RULE 7 TO EXTEND DEADLINE BY WHEN MEDIATION MUST BE COMPLETED** <br><br> Courtroom 3, 17th Floor <br> Honorable Phyllis J. Hamilton <br> Complaint Filed: June 3, 2005 <br> Counterclaim Filed: August 22, 2005 <br> Current ADR Deadline: February 13, 2006 |

    This Stipulation ("Stipulation") is entered into by and between Plaintiffs/Counterdefendants DataPark, Inc. and Intertechnomics, Inc., and Third-Party Defendant Steve Haralambiew (collectively, the "Moving Parties"), by and through their counsel Gregory Alan Rutchik, Esq. of Idell Seitel & Rutchik LLP, on the one hand, and GMG Systems, Inc., Omnimex, Omnipro, Inc., Krasimir

1  Gospodinov, Valentin Georgiev and Tzvetan Mikov (collectively, the "Counterclaimants"), by and
2  through their counsel David Alexander Esq. of MBV LLP, on the other hand.
3        This Stipulation is made in lieu of a motion with reference to the following facts:
4        A.    The Court has set as the last day for the parties to complete ADR as February 13, 2006.
5        B.    The parties have chosen mediation and have set mediation before Richard Weil, Esq. on
6  February 7, 2006.
7        C.    The parties have just begun discovery and agree that the completion of additional
8  discovery including depositions of certain parties be completed prior to mediation would significantly
9  enhance the value of the ADR process.
10       D.    The parties are mindful that it is in the Court's discretion to extend the last date by when
11 ADR in this matter may be conducted.
12       NOW THEREFORE, the parties agree as follows:
13       1.    This Stipulation is entered into pursuant to ADR Local Rule 4-5.
14       2.    The parties agree that the last date for mediation should be reset to be May 1, 2006 before
15 Richard Weil, Esq.
16 //
17 //
18 //
19 //
20 //
21 //
22 //
23 //
24 //
25 //
26 //
27 //
28 05-02275-PJH                                           2

STIPULATION AND PROPOSED ORDER PURSUANT TO ADR LOCAL RULE 4-5 AND LOCAL RULE 7 TO EXTEND DEADLINE BY WHEN MEDIATION MUST BE COMPLETED

3. The parties will set a new date for mediation with the mediator, and all associated dates.

4. The parties ask that the Court enter this stipulation as an order, vacating the prior date and setting a new date as May 1, 2006 by when the parties must complete mediation.

5. This Stipulation shall be filed with the Court and the parties agree to be bound by the terms hereof.

Dated: _____, 2006

IDELL SEITEL & RUTCHIK LLP
By: Gregory Rutchik _____
Gregory Alan Rutchik
Attorneys for DataPark, Intertechnomics, Inc. and Steve Haralambiew

Dated: _____, 2006

MBV LLP

By: _____
David Alexander
Attorneys for GMG Systems, Inc., Omnimex, Omnipro, Inc., Krasimir Gospodinov, Valentin Georgiev and Tzvetan Mikov

### ~~PROPOSED~~ ORDER

Having read the foregoing stipulation and finding good cause thereto, this Court vacates the prior order setting the last date by when mediation must occur and orders that mediation in this matter be completed by no later than May 1, 2006.

SO ORDERED.

DATED: 1/25/06

_____
US DISTRICT JUDGE

*IT IS SO ORDERED — Judge Phyllis J. Hamilton*