Gregory Alan Rutchik, Esq. #195423
IDELL SEITEL & RUTCHIK LLP
the arts and technology law group
465 California Street, Suite 300
San Francisco, California 94104
Telephone: (415) 986-2400
Facsimile: (415) 392-9259
Email: gregory@rutchik.com

Attorneys for Plaintiffs, DataPark, Inc. and
Intertechnomics, Inc., and Counterclaim-Defendant
Steve Haralambiew

# UNITED STATES DISTRICT COURT FOR THE

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DataPark, Inc. and Intertechnomics, Inc., <br><br> Plaintiffs, <br> vs. <br><br> GMG Systems, Inc. A Nevada Corporation, <br> Omnimex, a Nevada Corporation, <br> Omnipro, Inc., a Nevada Corporation, <br> Krasimir Gospodinov, an Individual, <br> Valentin Georgiev, an Individual, <br> Tzvetan Mikov, an Individual, <br> Roger Tu Lee, an Individual, and Does 1-10, <br><br> Defendants. <br><br> AND RELATED CROSS-ACTION. | Case No.: 05-cv-2275 PJH <br><br> STIPULATION TO EXTEND HEARING ON PLAINTIFFS' MOTION TO DISMISS; ORDER |

IT IS HEREBY STIPULATED by and between the parties, through their respective counsel, that the hearing on Plaintiffs' Motion to Dismiss shall be continued from March 1, 2006 at 9:00 am to April 5, 2006 at 9:00 am. This extension shall allow the parties to attempt to resolve issues raised in Defendants' Amended Counterclaim, which is the subject of the motion. The parties further stipulate

STIPULATION TO EXTEND HEARING ON PLAINTIFFS' MOTION TO DISMISS; ORDER

that the deadline for Plaintiffs to submit their reply brief to Defendants' opposition shall be March 22, 2006, fourteen (14) days before the hearing date.

Dated: February 16, 2006	IDELL SEITEL & RUTCHIK LLP

By _____
*Gregory Alan Rutchik*
Attorneys for Plaintiffs DataPark, Inc. and Intertechnomics, Inc., and Counterclaim-Defendant Steve Haralambiew

Dated: February 16, 2006	MBV LAW LLP

By _____
David T. Alexander
Attorneys for Defendants GMG Systems, Inc., Omnipro Incorporated, Omnimex, Valentin Georgiev, Krasimir Gospodinov and Tzvetan Mikov, and Counterclaimants and Third-Party Plaintiffs GMG Systems, Inc. and Omnipro Inc.

### ORDER

IT IS SO ORDERED.

Dated: 2/21/06

_____
The Honorable Phyllis J. Hamilton
United States District Court Judge

STIPULATION TO EXTEND HEARING ON PLAINTIFFS' MOTION TO DISMISS; ORDER