```
 1  Gregory Alan Rutchik, Esq. (SBN: 195423)
       grutchik@linerlaw.com
 2  LINER YANKELEVITZ
    SUNSHINE & REGENSTREIF LLP
 3  199 Fremont Street, 20th Floor
    San Francisco, CA 94105-2255
 4  Telephone: (415) 489-7700
    Facsimile:  (415) 489-7701
 5
    Attorneys for Plaintiffs and Counter-Defendants
 6  DATAPARK, INC. and INTERTECHNOMICS, INC.
 7
```

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### NORTHERN DIVISION

| | |
|---|---|
| DATAPARK, INC. and INTERTECHNOMICS, INC., | Case No. C 05 02275 PJH |
| Plaintiffs, | SUBSTITUTION OF COUNSEL AND ORDER |
| vs. | |
| GMG SYSTEMS, INC., a Nevada corporation; OMNIMEX, a Nevada corporation; OMNIPRO, INC., a Nevada corporation; KRASIMIR GOSPODINOV, an individual; VALENTIN GEORGIEV, an individual; TZVETAN MIKOV, an individual; ROGER TU LEE, an individual; and DOES 1-10, | |
| Defendants. | |

Plaintiff and Counter-Defendants DATAPARK, INC. and INTERTECHNOMICS, INC. hereby substitutes Liner Yankelevitz Sunshine & Regenstreif LLP, 199 Fremont Street, 20th Floor, San Francisco, California 94105, including, but not limited to, Gregory Alan Rutchik, in place and stead of Idell Seitel & Rutchik, as its counsel of record in this case.

The substitution of counsel is effective forthwith.

Dated: March 2, 2006             By: _____
                                 Steve Haralambiew, President
                                 DATAPARK, INC. and
                                 INTERTECHNOMICS, INC.

SUBSTITUTION OF COUNSEL                                                      Case No. C 05 02275 PJH

1  The undersigned accepts the above substitution.

2  Dated: March 3, 2006                    IDELL SEITEL & RUTCHIK

3

4                                          By: _____
                                            Gregory Alan Rutchik
5                                           Former Attorneys for Plaintiffs and Counter-
                                            Defendants
6                                           DATAPARK, INC. and
                                            INTERTECHNOMICS, INC.
7

8  The undersigned accepts the above substitution.

9  Dated: March 3, 2006                    LINER YANKELEVITZ
                                            SUNSHINE & REGENSTREIF LLP
10

11
                                           By: _____
12                                          Gregory Alan Rutchik
                                            Attorneys for Plaintiffs and Counter-Defendants
13                                          DATAPARK, INC. and
                                            INTERTECHNOMICS, INC.

**IT IS SO ORDERED**
Judge Phyllis J. Hamilton
(UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA seal)