Gregory Alan Rutchik, Esq. (SBN 195423)
LINER YANKELEVITZ, SUNSHINE
 & REGENSTREIF LLP
199 Fremont Street, 20th Floor
San Francisco, California 94105
Telephone:   415-489-7700
Facsimile:   415-489-7701

Attorneys for Plaintiffs/Counterdefendants
 DataPark, Inc. and Intertechnomics, Inc.
 and Third Party Defendant Steve Haralambiew

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DATAPARK, INC., et al.,<br><br>      Plaintiffs,<br><br>vs.<br><br>GMG SYSTEMS, INC., a Nevada corporation; et al.<br><br>      Defendants.<br><br>AND RELATED COUNTERCLAIMS<br>AND THIRD-PARTY CLAIMS. | No. C-05-02275-PJH<br><br>**STIPULATION PURSUANT TO ADR LOCAL RULE 6-5 AND LOCAL RULES 7-1 AND 7-12 TO EXTEND DEADLINE TO COMPLETE MEDIATION; [~~PROPOSED~~] ORDER** |

  THIS STIPULATION is entered into by and between plaintiffs/counter-defendants DataPark, Inc. and Intertechnomics, Inc. and third-party defendant Steve Haralambiew, by and through their counsel Gregory Alan Rutchik of Liner Yankelevitz Sunshine & Regenstreif LLP, on the one hand, and defendants, counterclaimants and third-party plaintiffs GMG Systems, Inc. and Omnipro Incorporated, and defendants Omnimex, Krasimir Gospodinov, Valentin Georgiev and Tzvetan Mikov ("defendants"), by and through their counsel David T. Alexander of MBV Law LLP, on the other hand.

  This Stipulation is made in lieu of a motion pursuant to Civil Local Rules 7-1 and 7-12 with reference to the following facts:

1.     The Court has set May 1, 2006 as the last day for the parties to complete ADR.

2.     The parties have chosen mediation and selected Richard Weil, Esq. as the mediator. A prior extension of the date to complete mediation from February 13, 2006 to May 1, 2006 was granted to allow the parties to conduct discovery.

3.     The parties have begun discovery, however substantial disputes have already arisen between the parties, including plaintiffs' and defendants' failure to respond to discovery requests, the adequacy of plaintiffs' designation of trade secrets pursuant to Code of Civil Procedure Section 2019.020 and the designation of same, which are currently designated "Attorneys' Eyes Only." The parties expect motions that seek resolution of these matters to be filed soon. Pending resolution of these motions, the discovery regarding the claims that they involve cannot proceed. Until resolution of the issues and the accompanying discovery is conducted, mediation at this time would not be meaningful. The parties propose that mediation be conducted within thirty (30) days of the completion of non-expert discovery (July 15, 2006), i.e., August 15, 2006.

4.     The parties are mindful that it is in the Court's discretion to extend the last date by when ADR in this matter may be conducted.

NOW, THEREFORE, the parties agree as follows:

1.     This Stipulation is entered into pursuant to ADR Local Rule 6.5.

2.     The parties agree that the last date for mediation should be reset to August 15, 2006 before Richard Weil, Esq.

3.     The parties will set a new date for mediation with the mediator and all associated dates.

4.     The parties ask that the Court enter this stipulation as an order, vacating the prior date and setting a new date of August 15, 2006 as when the parties must complete arbitration.

///

///

351037.DOC

1  5. This Stipulation shall be filed with the Court and the parties agree to
2  be bound by the terms hereof.

3  LINER YANKELEVITZ SUNSHINE
   & REGENSTREIF LLP

6  Dated:  March 13, 2006.    By ____s/Gregory Alan Rutchik____
                                 Gregory Alan Rutchik
7                                Attorneys for Plaintiffs/Counterdefendants
                                 DataPark, Inc. and Intertechnomics, Inc. and
8                                Third-Party Defendant Steve Haralambiew

9  MBV LAW LLP

11 Dated:  March 13, 2006.    By _____s/David T. Alexander_____
                                 David T. Alexander
12                               Attorneys for Defendants GMG Systems, Inc.,
                                 Omnimex, Omnipro Incorporated, Valentin
13                               Georgiev, Krasimir Gospodinov and Tzvetan
                                 Mikov

## ORDER

Having read the foregoing stipulation and good cause appearing therefor, this Court vacates the prior order setting May 1, 2006 as the last date for mediation to occur and orders that mediation in this matter be completed no later than August 15, 2006.

Dated: 3/15/06

**IT IS SO ORDERED**
Judge Phyllis J. Hamilton

-3-   STIPULATION TO EXTEND MEDIATION DEADLINE; ORDER
      NO. C-05-02275 PJH

351037.DOC