1  Gregory Alan Rutchik, Esq. (SBN 195423)
   LINER YANKELEVITZ, SUNSHINE
2  & REGENSTREIF LLP
   199 Fremont Street, 20th Floor
3  San Francisco, California 94105
   Telephone:   415-489-7700
4  Facsimile:    415-489-7701

5  Attorneys for Plaintiffs/Counterdefendants
   DataPark, Inc. and Intertechnomics, Inc.
6  and Third Party Defendant Steve Haralambiew

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                       SAN FRANCISCO DIVISION

11

| 12 | DATAPARK, INC., et al., | No. C-05-02275-PJH |
|---|---|---|
| 13 | Plaintiffs, | **JOINT STIPULATION PURSUANT TO LOCAL RULE 6-2 AND LOCAL RULE 7-12 TO EXTEND HEARING DATE;** [PRO-POSED] **ORDER** |
| 14 | vs. | |
| 15 | GMG SYSTEMS, INC., a Nevada corporation; et al. | |
| 16 | | |
| 17 | Defendants. | |
| 18 | AND RELATED COUNTERCLAIMS AND THIRD-PARTY CLAIMS. | |
| 19 | | |

20         THIS JOINT STIPULATION is entered into by and between plain-
21  tiffs/counter-defendants DataPark, Inc. and Intertechnomics, Inc. and third-party de-
22  fendant Steve Haralambiew, by and through their counsel Gregory Alan Rutchik of Liner
23  Yankelevitz Sunshine & Regenstreif LLP, on the one hand, and defendants, counter-
24  claimants and third-party plaintiffs GMG Systems, Inc. and Omnipro Incorporated, and
25  defendants Omnimex, Krasimir Gospodinov, Valentin Georgiev and Tzvetan Mikov ("de-
26  fendants"), by and through their counsel David T. Alexander of MBV Law LLP, on the
27  other hand.
28         This Stipulation is made in lieu of a motion pursuant to Civil Local Rule 6-

2 and 7-12 with reference to the following facts:

1. Counterclaimant GMG has filed Notice of Motion and Motion to Remove Plaintiff's Designation of "ATTORNEY'S EYES ONLY" with a hearing date calendared as April 19, 2006 ("GMG Motion").

2. Plaintiff's counsel is currently scheduled to be out of the country on this date and the related pleading dates and thus the parties hereby stipulate to calendar the hearing date on April 26, 2006 or as soon thereafter as the Court can hear such motion.

3. The parties also hereby stipulate that Plaintiff's Opposition is thus due on April 12, 2006 and Counterclaimant's Reply is due on April 19, 2006.

NOW, THEREFORE, the parties agree as follows:

1. This Stipulation is entered into pursuant to Local Rules 6-2 and 7-12.

2. The parties ask that the Court enter this stipulation as an order and set a new date for the GMG Motion as April 26, 2006. Plaintiff's Opposition to the GMG Motion shall be due on April 12, 2006 and Counterclaimant's Reply shall due on April 19, 2006.

3. This Stipulation shall be filed with the Court and the parties agree to be bound by the terms hereof.

LINER YANKELEVITZ SUNSHINE
& REGENSTREIF LLP

Dated: March ___, 2006.     By _____
                             Gregory Alan Rutchik
                             Attorneys for Plaintiffs/Counterdefendants
                             DataPark, Inc. and Intertechnomics, Inc. and
                             Third-Party Defendant Steve Haralambiew

MBV LAW LLP

Dated: March 16, 2006.     By _____
                             David T. Alexander

-2-    STIPULATION TO EXTEND MEDIATION
       DEADLINE; ORDER
       NO. C-05-02275 PJH

351037.DOC

Attorneys for Defendants GMG Systems, Inc., Omnimex, Omnipro Incorporated, Valentin Georgiev, Krasimir Gospodinov and Tzvetan Mikov

## **ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED, except that the hearing date shall be May 5, 2006, at 9:30 a.m., in Courtroom A, 15th Floor.

Dated: March 22, 2006



The Honorable Phyllis J. Hamilton

351037.DOC