Gregory Alan Rutchik, Esq. (SBN 195423)
LINER YANKELEVITZ, SUNSHINE
 & REGENSTREIF LLP
199 Fremont Street, 20th Floor
San Francisco, California 94105
Telephone:   415-489-7700
Facsimile:   415-489-7701

Attorneys for Plaintiffs/Counterdefendants
DataPark, Inc. and Intertechnomics, Inc.
and Third Party Defendant Steve Haralambiew

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DATAPARK, INC., et al.,<br><br>            Plaintiffs,<br><br>vs.<br><br>GMG SYSTEMS, INC., a Nevada corporation; et al.<br><br>            Defendants.<br><br>AND RELATED COUNTERCLAIMS AND THIRD-PARTY CLAIMS. | No. C-05-02275-PJH<br><br>**SECOND JOINT STIPULATION PURSUANT TO LOCAL RULE 6-2 AND LOCAL RULE 7-12 TO EXTEND HEARING DATE; [~~PROPOSED~~] ORDER** |

THIS JOINT STIPULATION is entered into by and between plaintiffs/counter-defendants DataPark, Inc. and Intertechnomics, Inc. and third-party defendant Steve Haralambiew, by and through their counsel Gregory Alan Rutchik of Liner Yankelevitz Sunshine & Regenstreif LLP, on the one hand, and defendants, counter-claimants and third-party plaintiffs GMG Systems, Inc. and Omnipro Incorporated, and defendants Omnimex, Krasimir Gospodinov, Valentin Georgiev and Tzvetan Mikov ("defendants"), by and through their counsel David T. Alexander of MBV Law LLP, on the other hand.

The parties seek a further order of the Court to grant the parties additional

1  time to resolve the issues underlying the Motion currently on-calendar for April 5, 2006.

2        This Stipulation is made in lieu of a motion pursuant to Civil Local Rule 6-2 and 7-12 with reference to the following facts:

      1.    Plaintiff has filed Notice of Motion to Dismiss Amended Counter-claim with a hearing date calendared as April 5, 2006 ("Datapark Motion").

      2.    The Court entered an Order pursuant to the parties' first Stipulation regarding the Datapark Motion on January 18, 2006 to again continue the Datapark Motion hearing date to March 1, 2006 and to set out the briefing schedule for the Datapark Motion so that the opposition to the motion was to be filed on February 8, 2006 and Datapark's reply was to be filed no later than February 15, 2006 ("First Stipulation").

      3.    The Court entered a second Order on February 21, 2006 pursuant to the parties' Stipulation to Extend the Hearing on Plaintiff's Motion to Dismiss to set the hearing date to April 5, 2006 and to set as March 22, 2006 the deadline for Plaintiff's to submit their reply brief to Defendants' opposition.

      4.    Defendant GMG filed their opposition to the Datapark Motion on February 8, 2006.

      5.    The parties hereby stipulate that the hearing on Plaintiff's Motion to Dismiss shall be continued again to April 26, 2006 or as soon thereafter as the Court may calendar such Motion. It is anticipated that the parties may soon enter into a stipulation to take the Datapark Motion off calendar.

      6.    Plaintiff's reply shall be due on March 27, 2006.

NOW, THEREFORE, the parties agree as follows:

      1.    This Stipulation is entered into pursuant to Local Rules 6-2 and 7-12.

      2.    The parties ask that the Court enter this stipulation as an order and set a new date for the Datapark Motion as April 26, 2006. Plaintiff's Reply to GMG's Opposition to the Datapark Motion shall be due on March 27, 2006.

      3.    This Stipulation shall be filed with the Court and the parties agree to

be bound by the terms hereof.

|  |  |
|---|---|
| | LINER YANKELEVITZ SUNSHINE & REGENSTREIF LLP |
| Dated: March ___, 2006. | By **Gregory Rutchik** *(Digitally signed by Gregory Rutchik, DN: CN = Gregory Rutchik, C = US, Date: 2006.03.22 17:29:56 -08'00')* <br> Gregory Alan Rutchik <br> Attorneys for Plaintiffs/Counterdefendants DataPark, Inc. and Intertechnomics, Inc. and Third-Party Defendant Steve Haralambiew |
| | MBV LAW LLP |
| Dated: March 22, 2006. | By /s/ David T. Alexander <br> David T. Alexander <br> Attorneys for Defendants GMG Systems, Inc., Omnimex, Omnipro Incorporated, Valentin Georgiev, Krasimir Gospodinov and Tzvetan Mikov |

### ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 3/23/06

*IT IS SO ORDERED*
Judge Phyllis J. Hamilton
United States District Court, Northern District of California