1  GREGORY ALAN RUTCHIK, ESQ. (SBN 195423)
   LINER YANKELEVITZ SUNSHINE
2   & REGENSTREIF LLP
   199 Fremont Street, Suite 2000
3  San Francisco, CA 94105
   Telephone:   415-489-7700
4  Facsimile:    415-489-7701

5  Attorneys for Counterdefendants
   DataPark, Inc. and Intertechnomics, Inc.
6  and Third-Party Defendant Steve Haralambiew

7  DAVID T. ALEXANDER, ESQ. (SBN 49996)
   MBV LAW LLP
8  855 Front Street
   San Francisco, California 94111
9  Telephone:   415-781-4400
   Facsimile:    415-989-5143
10
   Attorneys for Counterclaimants and Third
11  Party Plaintiffs GMG Systems, Inc. and
   Omnipro Incorporated
12

13                UNITED STATES DISTRICT COURT

14               NORTHERN DISTRICT OF CALIFORNIA

15                  SAN FRANCISCO DIVISION

16

17  DATAPARK, INC., et al.,                No. C-05-02275-PJH

18                      Plaintiffs,        **STIPULATION AND [~~PROPOSED~~]
                                           ORDER RE AMENDED
19        vs.                              COUNTERCLAIM AND MOTION TO
                                           DISMISS AMENDED COUNTERCLAIM**
20  GMG SYSTEMS, INC., a Nevada
   corporation; et al.                    Date:    April 26, 2006
21                                          Time:    9:00 a.m.
                        Defendants.        Place:   Courtroom 3, 17th Floor
22                                          Judge:   Honorable Phyllis J. Hamilton

23  AND RELATED COUNTERCLAIMS
   AND THIRD-PARTY CLAIMS.
24

25             This Stipulation is entered into by and between counterclaimants and third

26  party plaintiffs GMG Systems, Inc. and Omnipro Incorporated (collectively

27  "counterclaimants") on the one hand, and counterdefendants DataPark, Inc. and

28  Intertechnomics, Inc. and third party defendant Steve Haralambiew (collectively

"counterdefendants"), on the other hand, through their respective counsel.

This Stipulation is made with reference to the following facts:

A.     On November 10, 2005, counterclaimants filed an Amended Counterclaim against the counterdefendants pursuant to a stipulation by and between the parties ("FAC").

B.     The FAC asserts a claim for Unfair Competition pursuant to California Business and Processions Code Section 17200 ("First Claim for Relief") and for violations of California Business and Professions Code Sections 17045, 17070 and California Penal Code Section 67.5 ("Second Claim for Relief").

C.     The First Claim for Relief is based, in part, on an allegation in paragraph 24(a) for violation of California Business and Professions Code Section 17045 and California Penal Code Section 67.5, and the Second Claim for Relief is based, in part, on averments in the FAC at paragraphs 20 and 21.

D.     The FAC also includes in its prayer for relief, among other relief:  in paragraph 1 "compensatory damages" pursuant to California Business and Professions Code Section 17070; in paragraph 2 the reference to California Business and Professions Code Section 17045 and the words "and making secret payments"; in paragraph 3 the reference to California Business and Professions Code Section 17045; and in paragraph 4, for treble damages pursuant to California Business and Professions Code Section 17082, 17045, and for reasonable attorneys' fees.

E.     For the convenience of the Court and the parties, the allegations in the FAC at paragraphs 20, 21, 24(a), the Second Claim for Relief and the parts of counterclaimants' prayer for relief described in paragraph D above are referred to herein as the "Additionally Released Counterclaims."

F.     On January 10, 2006, counterdefendants filed a Notice of Motion and Motion Re Plaintiff and Counterdefendants Datapark, Inc. and Intertechnomics, Inc. and Third Party Defendant Steve Haralambiew's:  (1) Motion to Dismiss Pursuant to Federal Rule of Civil Procedure 12(b)(6) and (2) Motion to Strike Pursuant to Federal

STIPULATION AND ORDER
NO. C-05-02275 PJH

1  Rule of Civil Procedure 12(f) ("Motions Re Amended Counterclaims").

2      G.    On February 8, 2006, counterclaimants filed and served their

3  Opposition to the Motions Re Amended Counterclaims.

4      H.    The hearing for the Motions Re Amended Counterclaims is set for

5  hearing on April 26, 2006.

6      I.    Counterdefendants and counterclaimants (each referred to herein as

7  a "Party" and collectively as the "Parties") now wish to enter into a stipulation to resolve

8  certain claims set out in the Counterclaim and the Motions Re Amended Counterclaims.

9  By this Stipulation, the Parties wish to effect the withdrawal of the Motions Re Amended

10  Counterclaims without prejudice as to the merits, a voluntary dismissal with prejudice of

11  the Additionally Released Counterclaims and a stipulation that counterclaimants may

12  promptly file a second amended counterclaim that is substantively identical to the FAC

13  without assertion of the Additionally Released Counterclaims and agreement by

14  counterdefendants not to assert, if at all, against counterclaimants, Omnimex, Valentin

15  Georgiev, Krasimir Gospodinov and Tzvetan Mikov, or any of them, any claim, cause of

16  action, demand in any court or tribunal that pertains in any way to the subject of or

17  assertion of the Additionally Released Counterclaims until termination of this Action,

18  including the complaint and counterclaim, by final judgment, including all appeals,

19  settlement or in any other manner.

20      NOW, THEREFORE, the Parties agree as follows:

21      1.    This Stipulation is entered into pursuant to Federal Rules of

22  Evidence, Rule 408 and California Evidence Code Section 1152 and shall not be

23  admissible in federal or California courts or any other tribunal or arbitral proceeding for

24  any purpose except to the extent necessary to prove the existence of this Stipulation,

25  including but not limited to any issue arising from the applicable statute of limitations.

26  Under no circumstances shall either Party use this Stipulation, nor be permitted to use

27  this Stipulation, to prove or disprove liability, if liability is later alleged by either Party,

28  except in opposition or as a defense to any claim made in violation of the terms of this

-3-

STIPULATION AND ORDER
NO. C-05-02275 PJH

352140.DOC

1    Stipulation.

2           2.      Upon execution of this Stipulation, counterclaimants shall promptly

3    file a Voluntary Dismissal With Prejudice of the Additionally Released Counterclaims

4    pursuant to Federal Rules of Civil Procedure 41(a)(1) and all factual allegations giving

5    rise thereto.

6           3.      Counterdefendants, on their own behalf and on behalf of their

7    respective parent companies, subsidiaries, and affiliated companies, past and present

8    officers, directors, shareholders, principals, employees, predecessors, successors,

9    attorneys, agents and assigns, individually and collectively, and each of them, hereby

10   agree that each shall not assert, if at all, against counterclaimants, Omnimex, Messrs.

11   Georgiev, Gospodinov and Mikov  or any of them, any claim, causes of action, demand in

12   any court or tribunal that pertains in any way to the subject of or assertion of the

13   Additionally Released Counterclaims until the termination of this Action, including both

14   the complaint and counterclaim, by final judgment, including all appeals, or by

15   settlement or in any other manner.  Counterclaimants, Omnimex, Messrs. Georgiev,

16   Gospodinov and Mikov shall not bring any claims, causes of action, demands in any

17   court or tribunal against counterdefendants for recovery of any attorneys' fees or costs or

18   any other claim that pertains to the subject matter of or the Motion to Dismiss the

19   Additionally Released Counterclaims.  However, nothing herein shall preclude

20   counterclaimants, Omnimex, Messrs. Georgiev, Gospodinov and Mikov from asserting

21   any defenses to any claims, cause of action, demands asserted by counterdefendants that

22   pertain in any way to the subject of or assertion of the Additionally Released

23   Counterclaims.

24          4.      Counterclaimants shall have ten (10) days following the execution of

25   this Stipulation to file a second amended complaint that is substantively identical to the

26   amended counterclaim except for deletion of the Additionally Released Counterclaims

27   ("Second Amended Counterclaim" or "SAC").  Counterclaimants shall not now assert in

28   their SAC nor ever reassert any Additionally Released Counterclaim based on any

-4-

1  activities or conduct of counterdefendants, or any of their parents, subsidiaries, affiliated

2  companies, past and present officers, directors, shareholders, principals, employees,

3  predecessors, attorneys, insurers and agents, individually or collectively, occurring prior

4  to and including the date of this Stipulation.  Provided that counterclaimants timely file

5  a SAC as described in this paragraph, counterdefendants shall have twenty (20) days

6  from the service of such Second Amended Complaint to file their answer.

7       5.    Immediately following the execution of this Stipulation,

8  counterdefendants shall file a Notice of Withdrawal of their Motions Re Amended

9  Counterclaims, without prejudice.

10       6.    If counterclaimants breach paragraphs 3 or 4 of this Stipulation, the

11  Moving Parties may re-notice the Motions Re Amended Counterclaims or any portion or

12  portions thereof.

13       7.    Nothing herein shall constitute a waiver, suspension or tolling by

14  the counterdefendants of any statute of limitations defense that existed prior to the day

15  the counterclaim was filed, and the counterdefendants reserve all defenses and any and

16  all other applicable defenses.

17       8.    This Stipulation shall be filed with the Court and the parties agree to

18  be bound by the terms thereof.

19                                      LINER YANKELEVITZ SUNSHINE

20                                                & REGENSTREIF LLP

21  Dated:  March 27, 2006.          By _____s/Gregory Alan Rutchik_____

22                                                Gregory Alan Rutchik
                                    Attorneys for Counterdefendants DataPark, Inc.

23                                      and Intertechnomics, Inc. and Third-Party
                                    Defendant Steve Haralambiew

24                                        MBV LAW LLP

25

26  Dated:  March 28, 2006.          By _____s/David T. Alexander_____

27                                             David T. Alexander
                                    Attorneys for Counterclaimants and Third Party

28                                      Plaintiffs GMG Systems, Inc. and Omnipro
                                    Incorporated

STIPULATION AND ORDER
NO. C-05-02275 PJH

352140.DOC

1

**<u>ORDER</u>**

2
        PURSUANT TO STIPULATION, AND FOR GOOD CAUSE SHOWN, IT IS

3
SO ORDERED.

4
        Dated: _3/30/06_____

5

6
                                        The Honorable _____ _____ _____
                                        United _____ _____ _____ Judge

7

8



9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

352140.DOC

STIPULATION AND ORDER
No. C-05-02275 PJH