1  Gregory Alan Rutchik, Esq. (SBN 195423)
   LINER YANKELEVITZ, SUNSHINE
2  & REGENSTREIF LLP
   199 Fremont Street, 20th Floor
3  San Francisco, California 94105
   Telephone:   415-489-7700
4  Facsimile:   415-489-7701

5  Attorneys for Plaintiffs/Counterdefendants
   DataPark, Inc. and Intertechnomics, Inc.
6  and Third Party Defendant Steve Haralambiew

7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10                  SAN FRANCISCO DIVISION

11

12 | DATAPARK, INC., et al.,              | No. C-05-02275-PJH
13 |                   Plaintiffs,         | STIPULATION PURSUANT TO LOCAL
   |                                       | RULE 16-2(d) and (e) and 7-12 TO EXTEND
14 |         vs.                           | DEADLINE TO COMPLETE NON-EXPERT
   |                                       | DISCOVERY; [PROPOSED] ORDER
15 | GMG SYSTEMS, INC., a Nevada           |
16 | corporation; et al.                   |
   |                   Defendants.         |
17 |                                       |
18 | AND RELATED COUNTERCLAIMS             |
   | AND THIRD-PARTY CLAIMS.               |
19

20         THIS STIPULATION is entered into by and between plaintiffs/counter-

21  defendants DataPark, Inc. and Intertechnomics, Inc. and third-party defendant Steve

22  Haralambiew, by and through their counsel Gregory Alan Rutchik of Liner Yankelevitz Sunshine

23  & Regenstreif LLP, on the one hand, and defendants, counterclaimants and third-party plaintiffs

24  GMG Systems, Inc. and Omnipro Incorporated, and defendants Omnimex, Krasimir Gospodinov,

25  Valentin Georgiev and Tzvetan Mikov ("defendants"), by and through their counsel Lizbeth

26  Hasse, Esq. of the Creative Industry Law Group, on the other hand.

27         This Stipulation is made in lieu of a motion, pursuant to Civil Local Rules 16-2(d)

28  and (e) and 7-12 with reference to the following facts:

                                              STIPULATION TO EXTEND MEDIATION
                                                            DEADLINE; ORDER
                                                         NO. C-05-02275 PJH

1. The Court has set October 13, 2006 as the last day for the parties to complete non-expert discovery in this matter.

2. Due to on-going discussions which include settlement discussions, the parties will not be able to complete non-expert discovery by the current cutoff date, and would benefit from an extension of the non-expert discovery cutoff deadline by one week's time.

NOW, THEREFORE, the parties agree as follows:

1. This Stipulation is entered into pursuant to N.D. Cal. Local Rule 16-2(d) and (e);

2. The parties agree that the non-expert discovery cutoff should be reset to October 20, 2006.

3. The parties agree that no other deadlines on the Court's Order dated June 6, 2006 are to be continued by this stipulation.

4. The parties ask that the Court enter this stipulation as an order, vacating the prior non-expert discovery cutoff date and setting a new date of October 20, 2006.

5. This Stipulation shall be filed with the Court and the parties agree to be bound by the terms hereof.

LINER YANKELEVITZ SUNSHINE
& REGENSTREIF LLP

Dated: September 14, 2006.

By _____
Gregory Alan Rutchik
Attorneys for Plaintiffs/Counterdefendants
DataPark, Inc. and Intertechnomics, Inc. and Third-Party Defendant Steve Haralambiew

CREATIVE LAW GROUP

Dated: September 14, 2006.

By _____
Lizbeth Hasse
Attorneys for Defendants GMG Systems, Inc.,
Omnimex, Omnipro Incorporated, Valentin
Georgiev, Krasimir Gospodinov and Tzvetan Mikov

351037.DOC

-2-    STIPULATION TO EXTEND MEDIATION
DEADLINE; ORDER
NO. C-05-02275 PJH

## ORDER

Having read the foregoing stipulation and good cause appearing therefor, this Court vacates the prior order setting October 13, 2006 as the non-expert discovery cutoff date and orders that non-expert discovery be continued up to and including October 20, 2006.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: 9/21/06



The _____
Judge Phyllis J. Hamilton