Gregory Alan Rutchik, Esq. (SBN 195423)
LINER YANKELEVITZ, SUNSHINE
& REGENSTREIF LLP
199 Fremont Street, 20th Floor
San Francisco, California 94105
Telephone:    415-489-7700
Facsimile:    415-489-7701

Attorneys for Plaintiffs/Counterdefendants
DataPark, Inc. and Intertechnomics, Inc.
and Third Party Defendant Steve Haralambiew

Lizbeth Hasse, Esq. (SBN 104517)
Sunita Koneru, Esq. (SBN 227032)
CREATIVE INDUSTRY LAW GROUP LLP
526 Columbus Avenue, Second Floor
San Francisco, CA 94133
Telephone: 415-433-4380
Facsimile: 415-433-6580

Attorneys for GMG Systems, Inc., Omnimex,
Omnipro Incorporated, Krasimir Gospodinov,
Valentin Georgiev and Tzvetan Mikov

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| DATAPARK, INC., et al., | No. C-05-02275-PJH |
| Plaintiffs, | **SECOND JOINT STIPULATION PURSUANT TO LOCAL RULE 6-2 AND LOCAL RULE 7-12 TO EXTEND NON-EXPERT DISCOVERY DATE AND STAY DISCOVERY; [PROPOSED] ORDER** (SEE MODIFICATION) |
| vs. | |
| GMG SYSTEMS, INC., et al. | |
| Defendants. | |
| AND RELATED COUNTERCLAIMS AND THIRD-PARTY CLAIMS. | |

This Joint Stipulation is entered into by and between Plaintiffs/Counter-defendants

DataPark, Inc. and Intertechnomics, Inc. and Third-Party Defendant Steve Haralambiew, by and

through their counsel Gregory Alan Rutchik of Liner Yankelevitz Sunshine & Regenstreif LLP,

1 on the one hand, and Defendants, Counterclaimants and Third-Party Plaintiffs GMG Systems,

2 Inc. and Omnipro Incorporated, and defendants Omnimex, Krasimir Gospodinov, Valentin

3 Georgiev and Tzvetan Mikov ("Defendants"), by and through their counsel Lizbeth Hasse of

4 Creative Industry Law Group, on the other hand.

5 The parties seek a further order of the Court to extend current discovery cut-off

6 dates to permit the parties to conduct a second mediation and settlement conference with Judge

7 Joseph A. Spero on November 13, 2006, a date when all parties are available.

8 This Stipulation is made in lieu of a motion pursuant to Civil Local Rule 6-2 and

9 7-12 with reference to the following facts:

10 1. The Court has issued an order dated October 10, 2006 referring this matter

11 to Judge Spero for a settlement conference to be held November 13, 2006 at 9:30 am.

12 2. The Court by prior order has set the following dates in this matter:

| |
| --- |
| Non-Expert Discovery Cutoff: Oct. 20, 2006 |
| Disclosure of Experts:<br>Plaintiffs: December 29, 2006; Defendants: January 12, 2007 |
| Rebuttal: January 26, 2007 |
| Expert Discovery Cutoff: March 1, 2007 |
| Deadline to Hear Dispositive Motions: December 13, 2006 |
| Pretrial Conference Date: March 15, 2007 |
| Trial Date: April 9, 2007 |

22 3. The parties hereby stipulate and request that the Court order that all

23 discovery be stayed pending the outcome of the settlement conference. The parties further

24 stipulate and request that the Court order that the non-expert discovery cutoff date be extended

25 and reset to December 8, 2006. In the event the matter does not settle as a result of the

26 Settlement Conference, the parties shall then meet and confer to reset any discovery dates by a

27 proposed stipulation to the Court and/or shall promptly contact the Court to obtain the advice of

28 the Court with regards to resetting dates for discovery and motions, if necessary. The parties may

1 | do this via a proposed stipulation and proposed order.

2 | NOW, THEREFORE, the parties agree as follows:

3 | 1. This Stipulation is entered into pursuant to Local Rules 6-2 and 7-12.

4 | 2. The parties ask that all discovery be stayed pending the settlement
5 | conference; AND

6 | 3. The parties ask that the Court enter this stipulation as an order and vacate
7 | the prior non-expert discovery cutoff date and set a new date of December 8, 2006;

8 | 4. This Stipulation shall be filed with the Court and the parties agree to be
9 | bound by the terms hereof.

LINER YANKELEVITZ SUNSHINE
& REGENSTREIF LLP

**Gregory Rutchik**

Digitally signed by Gregory Rutchik
DN: CN = Gregory Rutchik, C = US
Date: 2006.10.11 10:38:08 -07'00'

Dated: October ___, 2006.

By _____
Gregory Alan Rutchik
Attorneys for Plaintiffs/Counterdefendants
DataPark, Inc. and Intertechnomics, Inc. and Third-Party Defendant Steve Haralambiew

CREATIVE INDUSTRY LAW GROUP LLP

Dated: October 11, 2006.

By _____
Lizbeth Hasse
Attorneys for Defendants/Counterclaimants GMG Systems, Inc., Omnimex, Omnipro Incorporated, Valentin Georgiev, Krasimir Gospodinov and Tzvetan Mikov

## ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 10/12/06

**DISPOSITIVE MOTIONS DATE WILL NOT BE CHANGED.**

The Honor_____

IT IS SO ORDERED
Judge Phyllis J. Hamilton

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

-3-   STIPULATION TO EXTEND NON-EXPERT DISCOVERY DEADLINE AND STAY DISCOVERY ORDER

No. C-05-02275 PJH

26043v1
351037.DOC