Gregory Alan Rutchik, Esq. (SBN 195423)
LINER YANKELEVITZ, SUNSHINE
& REGENSTREIF LLP
199 Fremont Street, 20th Floor
San Francisco, California 94105
Telephone:   415-489-7700
Facsimile:    415-489-7701

Attorneys for Plaintiffs/Counterdefendants
DataPark, Inc. and Intertechnomics, Inc.
and Third Party Defendant Steve Haralambiew

Lizbeth Hasse, Esq. (SBN 104517)
Sunita Koneru, Esq. (SBN 227032)
CREATIVE INDUSTRY LAW GROUP LLP
526 Columbus Avenue, Second Floor
San Francisco, CA 94133
Telephone: 415-433-4380
Facsimile: 415-433-6580

Attorneys for GMG Systems, Inc., Omnimex,
Omnipro Incorporated, Krasimir Gospodinov,
Valentin Georgiev and Tzvetan Mikov

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DATAPARK, INC., et al.,<br><br>           Plaintiffs,<br><br>vs.<br><br>GMG SYSTEMS, INC., et al.<br><br>           Defendants.<br><br>AND RELATED COUNTERCLAIMS<br>AND THIRD-PARTY CLAIMS. | No. C-05-02275-PJH<br><br>**THIRD JOINT STIPULATION PURSUANT TO LOCAL RULE 6-2 AND LOCAL RULE 7-12 TO EXTEND DATE DISPOSITIVE MOTIONS TO BE HEARD BY; [PROPOSED] ORDER** DENYING REQUEST |

This Joint Stipulation is entered into by and between Plaintiffs/Counter-defendants DataPark, Inc. and Intertechnomics, Inc. and Third-Party Defendant Steve Haralambiew, by and through their counsel Gregory Alan Rutchik of Liner Yankelevitz Sunshine & Regenstreif LLP,

on the one hand, and Defendants, Counterclaimants and Third-Party Plaintiffs GMG Systems, Inc. and Omnipro Incorporated, and defendants Omnimex, Krasimir Gospodinov, Valentin Georgiev and Tzvetan Mikov ("Defendants"), by and through their counsel Lizbeth Hasse of Creative Industry Law Group, on the other hand.

The parties seek a further order of the Court to extend the current deadline by which dispositive motions must be heard to permit the parties to prepare for their settlement conference with Judge Joseph A. Spero on November 13, 2006 and to complete discovery.

This Stipulation is made in lieu of a motion pursuant to Civil Local Rule 6-2 and 7-12 with reference to the following facts:

1. The Court by prior order has set December 13, 2006 as the deadline to hear dispositive motions and pursuant to Civil Local Rule 7-2, such dispositive motions must be filed and served by November 8, 2006.

2. The Court has issued an order dated October 10, 2006 referring this matter to Judge Spero for a settlement conference to be held November 13, 2006 at 9:30 am. The parties Settlement Conference Statement is due no later than October 30, 2006.

3. The parties filed a Second Stipulation to stay non-expert discovery until the settlement conference and to extend the non-expert discovery cutoff date. The parties did not seek in the Second Stipulation to set a new date by which dispositive motions would be heard, but noted they would contact the Court to reset dates for motions if the matter did not settle.

4. The Court issued an order dated October 12, 2006 extending the non-expert discovery cutoff date to December 8, 2006, but ordered that the dispositive motions date remain December 13, 2006.

5. The following are current dates set in this matter:

| Non-Expert Discovery Cutoff: December 8, 2006 |
| --- |
| Disclosure of Experts:<br>Plaintiffs: December 29, 2006; Defendants: January 12, 2007 |
| Rebuttal: January 26, 2007<br>Expert Discovery Cutoff: March 1, 2007 |

| | |
|---|---|
| Deadline to Hear Dispositive Motions: December 13, 2006 | |
| Pretrial Conference Date: March 15, 2007 | |
| Trial Date: April 9, 2007 | |

6. The current dispositive motions date by which the parties must file and serve their motions (November 8, 2006) to meet the December 13, 2006 hearing date is before the settlement conference and presents an undue burden and added expense to the parties. Also, it requires the filing of dispositive motions before the discovery cutoff date. The parties are trying to be as cost efficient as possible; preparing and filing a Settlement Conference Statement and dispositive motion almost simultaneously is a strain on their resources. Furthermore, as discovery is currently stayed pending the settlement conference, the parties will have discovery to complete before filing dispositive motions.

7. The parties hereby stipulate and request that the date by which dispositive motions are to be heard be extended and reset to February 21, 2006.

NOW, THEREFORE, the parties agree as follows:

1. This Stipulation is entered into pursuant to Local Rules 6-2 and 7-12.

2. The parties ask that the Court enter this stipulation as an order and vacate the prior deadline to hear dispositive motions and set February 21, 2006 as the new date by which dispositive motions are to be heard in this matter;

3. This Stipulation shall be filed with the Court and the parties agree to be bound by the terms hereof.

LINER YANKELEVITZ SUNSHINE
& REGENSTREIF LLP

Dated: October 19, 2006.    By _____s/Gregory Alan Rutchik_____
                                Gregory Alan Rutchik
                                Attorneys for Plaintiffs/Counterdefendants
                                DataPark, Inc. and Intertechnomics, Inc. and Third-
                                Party Defendant Steve Haralambiew

CREATIVE INDUSTRY LAW GROUP LLP

Dated: October 19, 2006.       By _____s/Lizbeth Hasse_____
                                        Lizbeth Hasse
                                Attorneys for Defendants/Counterclaimants GMG
                                Systems, Inc., Omnimex, Omnipro Incorporated,
                                Valentin Georgiev, Krasimir Gospodinov and
                                Tzvetan Mikov

### ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 10/20/06

_____
The Honorable Phyllis J. Hamilton

DISPOSITIVE MOTIONS MUST BE HEARD NO LATER THAN 1/17/07



DENIED — Judge Phyllis J. Hamilton