DAVID T. ALEXANDER, ESQ. (SBN 49996)
MBV LAW LLP
855 Front Street
San Francisco, California 94111
Telephone:   415-781-4400
Facsimile:    415-989-5143

Attorneys for Defendants, Counterclaimants and third-party plaintiffs GMG Systems, Inc. and Omnipro, Inc. and defendants Omnimex, Krasimir Gospodinov, Valentin Georgiev and Tzvetan Mikov

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DATAPARK, INC., et al.,<br><br>             Plaintiffs,<br><br>       vs.<br><br>GMG SYSTEMS, INC., a Nevada corporation; et al.<br><br>             Defendants.<br><br>AND RELATED COUNTERCLAIMS. | No. C-05-02275-PJH<br><br>**SUBSTITUTION OF COUNSEL**<br>AND ORDER |

Defendants, counterclaimants and third-party plaintiffs GMG Systems Inc. and Omnipro, Inc. and defendants Omnimex, Krasimir Gospodinov, Valentin Georgiev, and Tzvetan Mikov hereby substitute Creative Industry Law Group, 526 Columbus Avenue, 2nd Floor, San Francisco, California 94133 as their attorneys of record in place of MBV Law LLP.

                                                                  GMG SYSTEMS, INC.


Dated: April 3, 2006.                    By      s/Valentin Georgiev
                                                       Valentin Georgiev
                                                       Vice President of Production

1                  OMNIPRO INCORPORATED

3    Dated: April _3_, 2006.        By     s/Krasimir Gospodinov
4                                          Krasimir Gospodinov
                                                 Vice President

5                  OMNIMEX, INC.

7    Dated: April _3_, 2006.        By     s/Krasimir Gospodinov
8                                          Krasimir Gospodinov
                                              President

9    Dated: April _3_, 2006.             s/Valentin Georgiev
                                     Valentin Georgiev, Individually

11   Dated: April _3_, 2006.            s/Krasimir Gospodinov
                                     Krasimir Gospodinov, Individually

13   Dated: April _3_, 2006.              s/Tzvetan Mikov
                                     Tzvetan Mikov, Individually

16       We hereby consent to the above substitution.

17       Dated: April 3, 2006.

18                 MBV LAW LLP

20                 By     s/David T. Alexander
                                           David T. Alexander

23       We hereby accept the above substitution.

24       Dated: April 3, 2006.

25    10/23/06                    CREATIVE INDUSTRY LAW GROUP

27                 By     s/Lizbeth Hasse
                                         Lizbeth L. Hasse

IT IS SO ORDERED
Judge Phyllis J. Hamilton

# **PROOF OF SERVICE**

STATE OF CALIFORNIA, COUNTY OF SAN FRANCISCO:

I, Jeff O'Brien, am employed in the aforesaid county, State of California; I am over the age of 18 years and not a party to the within action; my business address 526 Columbus Avenue, Second Floor, San Francisco, CA 94133.

On April 4, 2006 I served the foregoing:

**SUBSTITUTION OF COUNSEL**

on the interested party(s) in this action by placing the documents thereof, enclosed in a sealed envelope, to be delivered by regular U.S. Mail, as well as via Facsimile, addressed as follows to:

> **Gregory Alan Rutchik**
> **Liner Yankelevitz Sunshine & Regenstreif LLP**
> **199 Fremont Street, Suite 2000**
> **San Francisco, CA 94105**
> **Facsimile: 415-489-7701**
> **(via regular mail and facsimile)**

I am "readily familiar" with the firm's practice of using the U.S. Postal Service for document service purposes. Under the practice of using the U.S. Postal Service, the documents are deposited in a post office, mailbox, mail chute or other like facility regularly maintained by the U.S. Postal Service, in a sealed envelope, with postage paid, addressed to the person on whom it is to be served.

Additionally, the above-referenced documents were sent via facsimile to the party mentioned above. I am "readily familiar" with the firm's practice of transmitting documents via facsimile. Under that practice it would be transmitted via our office fax machine at San Francisco, California.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on April 4, 2006 at San Francisco, California.

                                                s/Jeff O'Brien
                                                Jeff O'Brien