| | |
|---|---|
| 1 | Gregory Alan Rutchik, Esq. (SBN 195423) |
| 2 | LINER YANKELEVITZ, SUNSHINE & REGENSTREIF LLP |
| 3 | 199 Fremont Street, 20th Floor<br>San Francisco, California 94105 |
| 4 | Telephone:   415-489-7700<br>Facsimile:   415-489-7701 |

Attorneys for Plaintiffs/Counterdefendants
DataPark, Inc. and Intertechnomics, Inc.
and Third Party Defendant Steve Haralambiew

Lizbeth Hasse, Esq. (SBN 104517)
Sunita Koneru, Esq. (SBN 227032)
CREATIVE INDUSTRY LAW GROUP LLP
526 Columbus Avenue, Second Floor
San Francisco, CA 94133
Telephone: 415-433-4380
Facsimile: 415-433-6580

Attorneys for GMG Systems, Inc., Omnimex,
Omnipro Incorporated, Krasimir Gospodinov,
Valentin Georgiev and Tzvetan Mikov

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DATAPARK, INC., et al., | No. C-05-02275-PJH |
| Plaintiffs, | [~~PROPOSED~~] **CONSENT ORDER** |
| vs. | |
| GMG SYSTEMS, INC., et al. | |
| Defendants. | |
| AND RELATED COUNTERCLAIMS AND THIRD-PARTY CLAIMS. | |

//

//

//

1   And now this <u>14</u> day of <u>December</u>, 2006, upon consideration of the parties'
2   Settlement Agreement and pursuant to the terms of the Settlement Conference conducted by Hon.
3   Judge Spero on November 13, 2006, IT IS HEREBY ORDERED THAT:
4   The Defendants, their agents, servants, employees, attorneys, and those in active concert
5   or participation with them immediately return or destroy all items in all forms that they have
6   received or obtained from or as a result of their relationship with the Plaintiff, and certify in a
7   writing signed by all Defendants and delivered to the Plaintiff that they have returned or
8   destroyed all such items.

BY THE COURT:

DATED: 12/14/06   _____



-2-   CONSENT ORDER
No. C-05-02275 PJH