1  Gregory Alan Rutchik, Esq. (SBN 195423)
   LINER YANKELEVITZ, SUNSHINE
2  & REGENSTREIF LLP
   199 Fremont Street, 20th Floor
3  San Francisco, California 94105
   Telephone:    415-489-7700
4  Facsimile:    415-489-7701

5  Attorneys for Plaintiffs/Counterdefendants
   DataPark, Inc. and Intertechnomics, Inc.
6  and Third Party Defendant Steve Haralambiew

7  Lizbeth Hasse, Esq. (SBN 104517)
   Sunita Koneru, Esq. (SBN 227032)
8  CREATIVE INDUSTRY LAW GROUP LLP
   526 Columbus Avenue, Second Floor
9  San Francisco, CA 94133
   Telephone: 415-433-4380
10 Facsimile: 415-433-6580

11 Attorneys for GMG Systems, Inc., Omnimex,
   Omnipro Incorporated, Krasimir Gospodinov,
12 Valentin Georgiev and Tzvetan Mikov

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DATAPARK, INC., et al., <br><br> Plaintiffs, <br><br> vs. <br><br> GMG SYSTEMS, INC., et al. <br><br> Defendants. <br><br> AND RELATED COUNTERCLAIMS AND THIRD-PARTY CLAIMS. | No. C-05-02275-PJH <br><br> **JOINT STIPULATION OF DISMISSAL PURSUANT TO FED. R. CIV. PRO. 41(a)** <br> AND ORDER |

NOTICE IS HEREBY GIVEN that pursuant to Fed.R.Civ.Pro. 41(a), Plaintiffs/Counterdefendants DataPark, Inc. and Intertechnomics, Inc., and Defendants/Counterclaimants and Third-Party Plaintiffs GMG Systems, Inc., Omnipro Incorporated, Krasimir Gospodinov,

Valentin Georgiev and Tzvetan Mikov hereby stipulate and voluntarily dismiss the above-captioned action including all claims and counterclaims with prejudice.

LINER YANKELEVITZ SUNSHINE & REGENSTREIF LLP

Dated: December 14, 2006.   By  s/Gregory Rutchik
Gregory Alan Rutchik
Attorneys for Plaintiffs/Counterdefendants DataPark, Inc. and Intertechnomics, Inc. and Third-Party Defendant Steve Haralambiew

CREATIVE INDUSTRY LAW GROUP LLP

Dated: December 14, 2006.   By  s/Lizbeth Hasse
Lizbeth Hasse
Attorneys for Defendants/Counterclaimants GMG Systems, Inc., Omnimex, Omnipro Incorporated, Valentin Georgiev, Krasimir Gospodinov and Tzvetan Mikov

12/14/06

IT IS SO ORDERED
Judge Phyllis J. Hamilton
UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA